**Donna YOUNG, Plaintiff–Appellant,**

v.

**HP ENTERPRISE SERVICES, a/k/a Electronic Data Systems, Defendant–Appellee.**

**No. 11–1946.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 3, 2012.

Decided: April 12, 2012.

Donna Young, Appellant Pro Se. John Daniel Victor Ferman, Gregory Willis Homer, Drinker Biddle & Reath, LLP, Washington, D.C., for Appellee.

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Young appeals the district court's order granting summary judgment for Defendant in Young's employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. HP Enter. Servs.*, No. 1:10–cv–01096–CMH–JFA, 2011 WL 3901881 (E.D.Va. Sept. 6, 2011) (Aug. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*